# United States District Court
### for
### Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>James Edwin Roberts</u>    Case Number:  <u>3:07-00262-03</u>

Name of Judicial Officer: <u>The Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>July 14, 2008</u>

Original Offense: <u>21 U.S.C. § 846 Conspiracy to Distribute and to Possess with Intent to Distribute +100 Kilograms of Marijuana</u>

Original Sentence: <u>12 months' and 1 day custody; 4 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Commenced: <u>April 8, 2010</u>

Assistant U.S. Attorney: <u>to be determined</u>    Defense Attorney: <u>to be determined</u>

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this _____ day of _____, 2012,
and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U. S. District Judge
Aleta A. Trauger

U.S. Probation Officer
Jon R. Hahn

Place    Columbia, Tennessee

Date    July 25, 2012

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **Shall not commit another federal, state, or local crime:**

James Edwin Roberts was cited for Driving on a Suspended Driver's License by the Metropolitan Police Department, Nashville, Tennessee on June 22, 2012. He is to appear in the Davidson County General Sessions Court, Nashville, Tennessee, on October 2, 2012, citation number SCE66299.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Roberts has been on supervision since April 8, 2010, and this is his first violation.

Mr. Roberts lives with his parents and is currently employed.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Robert's be continued on supervised release and that this be handled in the General Sessions Court.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
                Kenneth Parham
                Supervisory U.S. Probation Officer