PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Cavonna Avita Riley</u>   Case Number: <u>3:07-00262-01</u>

Name of Judicial Officer: <u>Honorable Aleta A. Trauger, U. S. District Judge</u>

Date of Original Sentence: <u>March 6, 2009</u>

Original Offense: <u>Conspiracy to Distribute and to Possess With Intent to Distribute 100+ Kilograms of Marijuana (Count One), in violation of 21 U.S.C. § 846 and Distribution and Possession With Intent to Distribute Marijuana (Count Two), in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.</u>

Original Sentence: <u>24 months' custody, followed by three years' supervised release, each count, concurrent.</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>January 28, 2011</u>

Assistant U.S. Attorney: <u>Jimmie Lynn Ramsaur</u>   Defense Attorney: <u>G. Kerry Haymaker</u>

---

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ Other (Allow early termination)

Considered this 22nd day of
Aug, 2012, and made a part of the records in
the above case.

U. S. District Judge
Aleta A. Trauger

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Supervisory U.S. Probation Officer
Vidette A. Putman

Place   Nashville, Tennessee

Date   August 21, 2012

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

Not Applicable.

**Compliance with Supervision Conditions and Prior Interventions:**

On January 28, 2011, Ms. Riley was released to the Northern District of Georgia. Recently, the undersigned officer received correspondence from the U.S. Probation Office in the Northern District of Georgia regarding the defendant's compliance on supervision. According to U.S. Probation Officer Tammi R. Boone, the defendant has successfully completed all special conditions of supervision and complied with her standard conditions of supervision. There have been no violations reported to the Court. Routine record checks have revealed no new criminal arrests. Ms. Riley has reported as instructed and submitted her monthly reports in a timely manner.

The U.S. Probation Office in the Northern District of Georgia does not oppose early termination of supervised release based upon Ms. Riley's progress and compliance while under supervision. Ms. Boone is requesting to terminate supervision of Ms. Riley.

**U.S. Probation Officer Recommendation:**

As noted above, the U.S. Probation Office in the Northern District of Georgia is requesting to terminate Ms. Riley's supervision.

The U. S. Attorney's Office has been advised of the aforementioned request, and they are opposed to early termination.

Approved: _____
Kenneth Parham
Supervisory U.S. Probation Officer

Dear Judge Trauger,

My name is CaVonna Riley and I was sentenced on March 1st 2009, for conspiracy to possess marijuana to 24 months at FPC Marianna. This letter is to inform you of the progress that I have been making while on probation.

- I have a full time career in the Health Field Industry where I work 40 plus hours a week as a Client Care Coordinator for a company called Right at Home. Right at Home is a staffing agency with a rotation of at least 150 employees at one time. We provide personal care services from bathing and dressing to plain companionship. I have several responsibilities which include but are not limited to Orientation, installing Emergency Response Systems, visiting patients in the hospital, review Supervisory visits done by LPNs and RNs, Supervising 15 LPN's and 8 RN's and conducting Office Supervisory Visits.

- I paid my 100 dollar assessment fee in March of 2009.

- While in Marianna I received four certificates in Gardening and learned how to crochet like a professional. I joined the work out classes and lost over 50 pounds. I continue to hold this weight off by eating healthy and working out at the YMCA in my local neighborhood.

- I was taken off of Code a Phone early in February 2012 because I passed every urine test.

- I have passed every home and work inspections with my probation officer Ms. Tammy Boone.

- I turn in my monthly paperwork on time and fill out correctly every month by the fifth.

I live with my wife and twin 6 year old daughters, in Atlanta. Both of our girls attend Bolton Academy, one of the top public elementary schools in the city. They were elected

by their teachers to test into the talented and gifted program and have since been accepted.

Ms. Tammy Boone, my probation officer and I have developed a great relationship. She has been very supportive and recommended I write this letter now that I am eligible for early termination of probation.

This has been a passage of testimony and regret for the decision I made in disobeying the law. It is my optimism and wish that you will allow me an early release from probation.

Respectfully,