PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Sharrod Jefferson</u>         Case Number: <u>3:07-00262-02</u>

Name of Judicial Officer: <u>Honorable Aleta A. Trauger, U. S. District Judge</u>

Date of Original Sentence: <u>March 6, 2009</u>

Original Offense: <u>Conspiracy to Distribute and to Possess With Intent to Distribute 100+ Kilograms of Marijuana (Count One), in violation of 21 U.S.C. § 846 and Distribution and Possession With Intent to Distribute Marijuana (Count Two), in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.</u>

Original Sentence: <u>30 months' custody, followed by three years' supervised release, each count, concurrent.</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Commenced: <u>December 17, 2010</u>

Assistant U.S. Attorney: <u>Jimmie Lynn Ramsaur</u>    Defense Attorney: <u>Peter Strianse</u>

---

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ Other (Allow early termination)

Considered this 22nd day of Aug, 2012, and made a part of the records in the above case.

_____
U. S. District Judge
Aleta A. Trauger

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Supervisory U.S. Probation Officer
Vidette A. Putman

Place    Nashville, Tennessee

Date    August 21, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation No.</u>  <u>Nature of Noncompliance</u>

Not Applicable.

### Compliance with Supervision Conditions and Prior Interventions:

On December 17, 2010, Mr. Jefferson was released to the Northern District of Georgia. Recently, the undersigned officer received correspondence from the U.S. Probation Office in the Northern District of Georgia regarding the defendant's compliance on supervision. According to U.S. Probation Officer Tammi R. Boone, the defendant has successfully completed all special conditions of supervision and complied with his standard conditions of supervision. There have been no violations reported to the Court. Routine record checks have revealed no new criminal arrests. Mr. Jefferson has reported as instructed and submitted his monthly reports in a timely manner.

The U.S. Probation Office in the Northern District of Georgia does not oppose early termination of supervised release based upon Mr. Jefferson's progress and compliance while under supervision. Ms. Boone is requesting to terminate supervision of Mr. Jefferson.

### U.S. Probation Officer Recommendation:

As noted above, the U.S. Probation Office in the Northern District of Georgia is requesting to terminate Mr. Jefferson's supervision.

The U. S. Attorney's Office has been advised of the aforementioned request, and they are opposed to early termination.

Approved: _____
Kenneth Parham
Supervisory U.S. Probation Officer

April 2012

Dear Judge Trauger:

My name is Sharrod Jefferson and I was sentenced on March 1st 2009, for conspiracy to possess marijuana to 30 months at FPC Montgomery. This letter is to inform you of the progress that I have been making while on probation. I have had many accomplishments:

- Completed the 500 hour drug program allowing me to receive 6 months half way house time.
- Took advantage of the maximum amount of goodtime offered on my sentence.
- Prior to my release from FPC Montgomery, I obtained a class B commercial drivers license and a universal EPA certification in Heating, Ventilation and Air Conditioning (HVAC).
- Completed the outpatient portion of the drug program while at the halfway house without incident. During this time I obtained a job washing dishes at the Atlanta Braves stadium.
- Started school for a certification in HVAC at Atlanta Tech University. I am scheduled to graduate May 2012.
- I have been gainfully employed full time in the Health Field Industry for over a year and truly enjoy the work that I do. I work 40 plus hours a week as a Scheduling Coordinator for a company called Cooper Medical Associates. This is a medical firm that sees patients that are homebound and unable to or find it extremely difficult to leave their home in order to see a doctor. I schedule and route the patients for the Nurse Practioner and the doctor to see the patients through out the greater Atlanta metro area. I also provide patients with outstanding customer service when information is needed on patient care.
- Paid the $100 dollar assessment fee in March of 2009.
- As part of my probation stipulations I had to call the Code a Phone system everyday to find out if my number came up, for me to take a drug test. I

was taken off the Code a Phone system early in December 2011 because I responded to every request and passed every urine test.
- I have passed every home and work inspection while on probation.
- I turned in my monthly paperwork on time and filled it out correctly every month.

I live with my wife and twin 6 year old daughters, in Atlanta. Both of our girls attend Bolton Academy, one of the top public elementary schools in the city. They were elected by their teachers to test into the talented and gifted program and have since been accepted.

I am seeking full time work in my field of training Heating Ventilation and Air Conditioning, upon graduation this spring. Last month I applied for a job in this field, which required a standard test. I passed the test but did not get the job. I was told because I was on probation. If granted early release from probation this will be the removal of one obstacle that will allow me to start a career earning more money with benefits that will help me and my family financially.

Ms. Tammy Boone, my probation officer and I have developed a great relationship. She has been very supportive and recommended I write this letter now that I am eligible for early termination of probation.

This has been a journey of redemption and remorse for the decision I made in violating the law. It is my hope and wish that you will grant me termination of supervised release.
Respectfully,

Sharrod Jefferson