IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:07-00262 |
| | ) | Judge Trauger |
| [3] JAMES EDWIN ROBERTS | ) | |

**O R D E R**

By agreement of the parties, it is hereby **ORDERED** that the continued hearing on the Petition to Revoke Supervision filed on March 26, 2013 (Docket No. 129) and the first hearing on the Superseding Petition filed on June 18, 2013 (Docket No. 142) is **CONTINUED** until August 12, 2013 at 10:30 a.m.

It is so **ORDERED**.

ENTER this 24th day of June 2013.

_____
ALETA A. TRAUGER
U.S. District Judge